**Robert D. Younger**

| | |
|---|---|
| **From:** | Dan Harvath <dharvath@harvathlawgroup.com> |
| **Sent:** | Thursday, December 13, 2018 4:52 PM |
| **To:** | Robert D. Younger; Thomas O. McCarthy |
| **Subject:** | Fwd: Activity in Case 4:17-cv-02733-JMB Hurlburt v. Lohr Distributing Co., Inc. Motion for Sanctions |

Bobby:

In reviewing your most recent filing, I have noticed a number of items that are completely manufactured.

Specifically, I never told you I would have "fun" arguing your threatened motion and the conversation I purportedly had with my client while getting on the elevator was also completely manufactured. You basically just made that up.

While you are entitled to make your ridiculous arguments, making blatantly false misrepresentations to a federal court is really no laughing matter. As far as I am concerned, you are lying directly to the Court and it's simply not appropriate.

Will you please withdraw and correct your filing to not include the lies? I would appreciate it and think the Court would too.

Thank you.

Daniel F. Harvath, Esq.
Founder and Managing Member
Harvath Law Group, LLC
75 W. Lockwood, Suite #1
St. Louis, MO 63119

Begin forwarded message:

> **From:** Moed_AutoSend@moed.uscourts.gov
> **Date:** December 13, 2018 at 16:03:26 CST
> **To:** MOED_ECF_Notification@moed.uscourts.gov
> **Subject: Activity in Case 4:17-cv-02733-JMB Hurlburt v. Lohr Distributing Co., Inc. Motion for Sanctions**
>
> This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> **U.S. District Court**

EXHIBIT 10